RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 11 2021

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**_____ DIVISION**

Richard K. Harvey

(Print your full name)

Plaintiff *pro se*,

v.

Walmart Store & Inc,

_____

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:21-CV-3265**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those
    that apply):

    

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et
    seq., for employment discrimination on the basis of race, color,
    religion, sex, or national origin, or retaliation for exercising rights
    under this statute.

    > **NOTE**: To sue under Title VII, you generally must have
    > received a notice of right-to-sue letter from the Equal
    > Employment Opportunity Commission ("EEOC").



## NOTICE TO
## *PRO SE* PLAINTIFFS

attaching form Complaint

(revised 2/20/2013)

Representing yourself in Court–called appearing *pro se*–is difficult for persons without legal training. Before doing so, you should consider finding an attorney to take your case. The following referral services may help you find a lawyer:

1. Atlanta Bar Association (404) 521-0777
   (serving Fulton, Cobb, DeKalb, Douglas, Rockdale, Paulding, Henry, Gwinnett, Clayton, Cherokee, Fayette, and Forsyth Counties)

2. Cobb County Lawyer Referral Service (770) 424-2947
   (serving Cobb, Douglas, Bartow, Cherokee, and Paulding Counties)

3. DeKalb Bar Association Lawyer Referral Service (404) 373-2580
   (serving DeKalb, Fulton, Gwinnett, and Cobb Counties)

4. Attorneys' Confidential Referral Service, Inc. (888) 536-5900
   (serving all Counties in Georgia)

5. Atlanta Volunteer Lawyers Foundation (404) 521-0790
   http://www.avlf.org

If you desire to proceed without a lawyer, the attached form complaint has been prepared for your convenience, but you are not required to use it. Please write clearly and fill it out to the best of your ability. **However, completion and filing of this form is no guarantee that your case will succeed.**

You must keep the Clerk of Court informed as to any change in your address or telephone number. You must also follow the Federal Rules of Civil Procedure and the Local Rules of this Court. You may obtain a copy of the Federal Rules of Civil Procedure in most public libraries or at the following website: http://www.uscourts.gov/uscourts/rules/civil-procedure.pdf. You may review this Court's Local Rules in the Clerk's Office, purchase a copy from the Clerk's Office, or access this Court's Local Rules at the following website: http://www.gand.uscourts.gov/pdf/NDGARulesCV.pdf.

$\checkmark$ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.   Print your full name and mailing address below:

    Name       _Richard K. Harvey_

    Address    _1416 Gardenwood DR_

    _College Park GA 30349_

4.  Defendant(s).   Print below the name and address of each defendant listed
                    on page 1 of this form:

    Name       _Walmart Stores, Inc_

    Address    _____

    Name       _Walmart_

    Address    _7050 Huy 85_

    _Riverdale, GA 30274_

    Name       _____

    Address    _____

## Location and Time

5.  If the alleged discriminatory conduct occurred at a location different from the
    address provided for defendant(s), state where that discrimination occurred:

    _Walmart Store 7050 Hu85 Riverdale, GA_

6. When did the alleged discrimination occur? (State date or time period)

JANUARY 20th 2020 thru MARCH 2020
1/20/2020 thru 3/31/2020 DEFENDANT
discriminatory 2pm to 11pm

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency? ☒ Yes _____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ☒ Yes _____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9. If you are suing for **age discrimination**, check one of the following:

   ☑ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        _____ No        __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _____ No        __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Defendant Predicated Breaks on Job Performance were Discriminatory, and Created A Hostile Work Environment for Members of A Protected Class. Defendant Retaliated Against Plaintiff after Plaintiff Blew the whistle concerning A Discriminatory and Hostile Work Environment

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

     _____  failure to hire me
     _____  failure to promote me
     _____  demotion
     __✓__  reduction in my wages
            working under terms and conditions of employment that differed
            from similarly situated employees
     _____  harassment
     __✓__  retaliation
            termination of my employment
     _____  failure to accommodate my disability
     _____  other (please specify) _ASSAULT BREACH of CONTRACT_

     _____

13. I believe that I was discriminated against because of (check only those that apply):

     _____  my race or color, which is _____
     _____  my religion, which is _____
     _____  my sex (gender), which is _____ male _____ female
     _____  my national origin, which is _____
     __✓__  my age (my date of birth is _2/2/1951_____ )
     _____  my disability or perceived disability, which is:

     __✓__  _____
            my opposition to a practice of my employer that I believe violated
            the federal anti-discrimination laws or my participation in an
            EEOC investigation

     _____  other (please specify) _____

     _____

15. Plaintiff ✓ still works for defendant(s)
    no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  _____ Yes  ✓ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial.  Do you request a jury trial?  ✓ Yes  _____ No

### <u>Request for Relief</u>

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to _____

✓ Money damages (list amounts) $5.8 millions Dollars

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this ____7____ day of __August_____ , 20 _21_

_____
(Signature of plaintiff *pro se*)

Richard K. Harvey
(Printed name of plaintiff *pro se*)

1416 Gardenwood Dr,
(street address)

College Park GA, 30349
(City, State, and zip code)

RcRichardKeith@aol.com,
(email address)

404-484-8589
(telephone number)

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

1. Plaintiff seeks to recover money damages from Defendants for breaches of contract, violations of State laws, and Title VII requirements

2 Plaintiff suffered as result of Defendants Breach of Contract violations of State and Federal Laws an assault, wrongful termination, retaliation, age discrimination, and hostile work environment

III PARTIES

3 Plaintiff, Richard Keith Harvey is an adult who resides at 1416 Gardenwood Dr., College Park, Ga 30349

4 Defendant, Walmart Stores Inc. is a corporation who resides in Pa.

II. JURISDICTION

5 Jurisdiction of this court is based on diversity of citizenship and the amount exceeds $50,000.

IV STATEMENT OF CLAIM

6Walmart Sores Inc. Breached the contractual Redbox Investigations agreement that protects both Plaintiff and Defendant against discriminatory or hostile work environments

7 On or about January 2020 thru March 2020 Plaintiff made several reports of a hostile work environment to the appropriate levels of management.

8 On or about January 20, 2020 Plaintiff alleges he informed Supervisor Raven, and Managers Justin and Shemecka a hostile work environment in the parking. Defendants failed to open a Redbook Investigations as required *by Walmart Policy Walmart Discrimination and Harassment Prevention Policies and Procedures.*

9 On or about March 15, 2020 Plaintiff alleges he informed Supervisor Raven of a hostile work environment on the truck dock relating to breach of rest break contractual agreement and abusive language directed towards individuals of a protected class. Defendants failed to open a Redbook Investigations as required *by Walmart Policy Walmart Discrimination and Harassment Prevention Policies and Procedures.*

10) On or about March 17, 2020 Plaintiff alleges during a safety meeting he held up break sheets and reported a hostile work environment to Manager Brian and Asset Protections Manager Tracy Defendants failed to open a Redbook Investigations as required *by Walmart Policy Walmart Discrimination and Harassment Prevention Policies and Procedures.*

11 On or about March 17 2020 Plaintiff alleges he reported to Manager Brian a hostile work environment resulting from Defendants Breach of contractual obligations to act upon a report of a hostile work environment, age

discrimination and retaliation Defendants failed to open a Redbook Investigations as required *by Walmart Policy Walmart Discrimination and Harassment Prevention Policies and Procedures.*

11On or about March 19, 2020 Plaintiff informed his Supervisor Zora whom happen was present during the assault of a hostile work environment Defendants failed to open a Redbook Investigations as required *by Walmart Policy Walmart Discrimination and Harassment Prevention Policies and Procedures.*

12 On or about March 26, 2020 Plaintiff alleges that he reported to Walmart Assistant Store Sofia Manager a hostile work environment and the assault. Defendants failed to open a Redbook Investigations as required *by Walmart Policy Walmart Discrimination and Harassment Prevention Policies and Procedures.*

13Plaintiff further asserts, this is not the Defendants first notice of this type of contractual breach creates a hostile work environment.

14 Therefore it would be foreseeable that these practices would conclude in a hostile or discriminatory work environment upon members of a protected class.

V Plaintiff set forth the following allegations of breach of contractual agreements, State Law, and Title VII violations requirements:

15 Failure to properly report a complaint of a hostile or discriminatory work environment

16 Failure to properly investigate a complaint of a hostile or discriminatory work environment

17 Failure to document or make notes of a complaint of a Discriminatory or hostile work environment

18 Failure to adequately correct a hostile or discriminatory work environment

19 Breach of contractual rest breaks agreement.

20 Failure to implement as required *Walmart Policy Protections Against Discrimination and Harassment Prevention Procedures according to contractual agreements.*

As a result, Plaintiff suffered damages for a Wrongful Discharge, Age Discrimination, Retaliation, Hostile Work Environment and Assault Plaintiff, therefore request a Judgment from this court in the amount of $5.8 million dollars including loss wages, legal fees, and punitive damages

Pro Se Richard Harvey

Sign_____ DATEd August 2020

When Supervisor Raven returned she became very abusive and vocal to the team members. Jessica ask, when are we going to get our breaks. Raven (known to be abusive to older coworkers and other associates), responded, " I don't owe you no damn break, and your not getting no break. I know you want a cigarret, you aint getting no damn ciggarrett. The result was we were given an extended lunch having to clock back in to hide the fact we were given no break.

I later questioned Raven about the breaks being predicated on finishing the truck when it was not our fault. I requested that Supervisor Raven contact another supervisor, she responded I am the only Supervisor.

Several days later during our safety meeting while displaying a copy of my break schedule in my hand, I attempted to report the hostile work environment to managers Brian and Asset Protection Tracy. Brian responded stating "we would take the matter up in private setting after the meeting."

After the meeting in a private setting I specifically asked about our scheduled break times. After that meeting I understood that we agreed that the schedule reflected the appropriate break time. I also discuss the hostile work environment and the abusive language being utilized by Raven. At the conclusion of the meeting I specifically stated that I did not wish to be informing on Raven or become a victim of retaliation by managers.

I returned to my original assignment of stocking shelves. I was told by Brian to take my break according to the schedule. Supervisor Raven then came to inform me that my schedule break time had been changed from 415pm to 430pm.

Raven was called into a meeting with Brian and possibly Tracy. Upon leaving the meeting she came directly to me screaming get off that phone. I responded that I was on my break. She then responded you better not take that phone onto the floor. Sensing her anger and animosity I went immediately to the administration office and reported the incident to Brian. Brian ask me "do you like your job", I said yes. To which he said "go back to work and you will results from this reporting."

A few days later I was assigned again to work unloading the freight truck. I was tasked with removing chemical products from the conveyor and placing them on properly identified pallets. Once again the rest breaks were being predicated on job performance. I was assigned to work with associate Jamie. Jamie (had been off

Background of the Case

On or about January 20, 2020 myself and another associate (68 years of age ) were retrieving carts from the parking lot. The cart attendant came with the automatic cart machine to retrieve the carts. He said, " old schools I got y'all, let me have the carts." Supervisor Justin immediately responded, " no they are pushing the carts up there by hand."

The cart pusher approaching Supervisor Justin very aggressively said, "hell no I got this machine they don't have to push the carts by hand this is my area". Supervisor Justin opened his vest and displayed his Manager ID. thus reducing the cart pusher's aggression. Myself and the other associate provided encouragement to both parties to further deescalate the violence.

Several days later I approach Capt. 2 Supervisor Raven, explaining to her that I was required by ethics to report those circumstances up the chain of command. Raven, responded, "I have told you over and over again I need my job. But if you want to tell them i will stand with you. We met with managers Justin and Shemicka to discuss our teams frustrations and my complaint of a hostile work environment.

At that time I identified my training and career experience that required me to report threats of violence. Justin stated, "you don't have to worry about me Mr. Keith I can handle myself". I then told Shemicka and Justin, "I don't care what anybody says even the store manager we don't have to work in a hostile work environment. Justin was gone several weeks later but the rest and meal breaks violations continued as did the abusive remarks director towards senior capt 2 associates (over 55 years of age). Most of the abusive remarks occurred during the unloading of the loading trucks

After the time I had raised the complaint concerning the presence of a hostile work environment created by the breach of contract concerning rest breaks and Justin's management style. Capt. team 2 associates were being threatened with violence and making violent and disrespect statements towards each other.

On or about March 17th 2020, I was team with Tim ( possible AWD), Melquin, and Jessica (possible AWD). Approximately 430pm the conveyor line belt came off and the line stop running. I immediately reported the problem to Manager Paul and requested that he contact Supervisor Raven. After waiting for an extended period of time, I managed to encourage Melquin through repairing the belt.

work for a couple of weeks and was unaware of the rest break discussions), a new associated being trained, and Big Keisha (she had been promised a replacement at 415pm.

At approximately 515pm the conveyor came to a halt. Coworkers were beginning to complain about the work pace being stressful. I ask Jamie what's the problem, he responded "you guys are working to slow, I want the line emptied out." I related this information to the other teammates and we proceeded to empty the conveyor.

I returned and informed Jamie that the
line was empty and we were ready to resume unloading the truck. Jamie at this time was sitting down taking a break, he stated 'I'm not starting the line. After waiting a few minutes, I approach some other associates working nearby, and asked if they had a radio. No one had a radio, however they did inform me that Supervisor Zora was in the office. I asked one of them to go inform Zora that the line was down and we needed her assistance immediately.

I return to my workstation Jamie was still sitting down. Zora arrived at approximately 520pm. She asked me what the problem was I direct her to Jamie sitting in the truck. She instructed Jamie to start the line. Jamie responded before starting the line I'm going to kick your mother----- ass. Zora interceded saying that's enough let's get back to work. I said did you just hear him say he is going to kick my mother----ass. Zora said that enough go the office. I followed her instructions and went to the office. I was sent home pending further notice.

Several days after the incident I met with assistant manager Sophia. We discussed my concerns of abusive language, rest break violation, and the hostile work environment. I was instructed to return to work in the same circumstances and with the same associate causing my assault. I explained that I did not agree with the resolution and an assault upon a 65-year-old person was a serious offense.

I returned to work as instructed. Later that . afternoon again I was recalled to the office. Manager Paul inform me that I was terminated. He held papers in his hand that stated reasons. I told Manager Paul those were false documents. Jamie was rehired several weeks later.

On about April 1, 2020 I filed a complaint with the Equal Employment alleging claims for age discrimination, wrongful discharge, hostile work environment, and retaliation under Federal and State law.

I was awarded unemployment benefits upon a finding that Walmart did not meet their burden of proof for Gross Misconduct.

On May 18th 2021 I received my Right to Sue Letter from EEOC

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Richard K. Harvey<br>1416 Gardenwood Dr.<br>College Park, GA 30349 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

|  | ☐ | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
|  | **THOMAS D. ROE,** |  |
| **410-2020-04903** | **Senior Federal Investigator** | **(470) 531-4781** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Darrell E. Graham*

| | 5/18/2021 |
|---|---|
| **Darrell E. Graham,**<br>**District Director** | *(Date Issued)* |

Enclosures(s)

cc: **Walmart Stores, Inc.**
**c/o Scott Forman, Esq.**
**Littler Mendelson, P.C.**
**2301 Mcgee St., Ste 800**
**Kansas City, MO 64108**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2020-04903 |

| null | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MR. RICHARD K HARVEY | (404) 484-8589 | 1951 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1416 GARDENWOOD DR., COLLEGE PARK, GA 30349 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| WALMART | 501+ | (770) 994-1670 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7050 GA HWY 85, RIVERDALE, GA 30274 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 03-26-2020 | 03-26-2020 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for the above company on September 8, 2019 as an Associate. On March 26, 2020 Associate Jaime LNU (approximately 24 years old) stopped the line unloading a truck. I went to get Supervisor Zora, who instructed Jaime to start up the line again. Jaime then told me that he would kick my [expletive] ass. Zora directed us to the office, where both Jaime and I were fired. However, Jaime was rehired a week later.

Although I am unsure of the reason for my discharge, Manager Paul LNU held up some papers and indicated that statements were made by other associates.

I believe I have been discriminated against because of my age (69) in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Richard Harvey on 07-09-2020 08:32 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,